**Robert A. KURSAR, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3200.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2008.

Peter Broida, of Arlington, VA, argued for petitioner. On the brief was Kevin L. Owen, Law Office of Gary M. Gilbert & Associates, of Silver Spring, MD. Of counsel was Linda A. Kincaid.

Elizabeth A. Holt, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before RADER, BRYSON, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.